| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>―――――――――――――――――――<br>ROGER CHAVEZ, ESQ. (RC4040)<br>744 BROAD STREET, SUITE 1600<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTOR, KARL H. POSSIBLE | **Order Filed on August 23, 2016<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |

| | | |
|---|---|---|
| In Re: | Case No.: | 16-16612/SLM |
| KARL H. POSSIBLE, | Chapter: | 13 |
| DEBTOR. | Judge: | SLM |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 23, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 25, 2016_____ :

Property:        6 Brooklyn Mountain Road, Hopatcong, NJ 07843

Creditor:        ShellPoint Mortgage Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Karl H. Possible, Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 23, 2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Karl H. Possible  
    Debtor

Case No. 16-16612-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 23, 2016  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2016.  
db           +Karl H. Possible,     P.O. Box 502,     Landing, NJ 07850-0502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2016                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2016 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     THE BANK OF NEW YORK MELLON et al...  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
            Marie-Ann     Greenberg     magecf@magtrustee.com  
          Roger     Chavez     on behalf of Debtor Karl H. Possible   rchavez01@aol.com,    rchavez@chavezlegal.com  
                                                                                                                                 TOTAL: 3