UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

ROGER CHAVEZ, ESQ. (RC4040)
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTOR, KARL H. POSSIBLE

**Order Filed on November 29, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

  KARL H. POSSIBLE,

  DEBTOR.

Case No.:      16-16612/SLM

Chapter:            13

Judge:             SLM

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 29, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 25, 2016_____ :

Property:    6 Brooklyn Mountain Road, Hopatcong, NJ 07843

Creditor:    ShellPoint Mortgage Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Karl H. Possible, Debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____March 1, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*