| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Roger Chavez, Esq. (RC4040)<br>The National Newark Building<br>744 Broad Street, Suite 1600<br>Newark, NJ 07102<br>(973) 735-0530<br>Attorney for Debtor, KARL H. POSSIBLE | **Order Filed on January 30,<br>2017 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>KARL H. POSSIBLE,<br><br><br>Debtor. | Case No.: 16-16612/SLM<br><br>Chapter 13<br><br>Objection Date: January 25, 2017<br><br>Judge: Stacey L. Meisel |

## ORDER APPROVING THE LOAN MODIFICATION AGREEMENT BETWEEN DEBTOR AND SHELLPOINT MORTGAGE SERVICING

The reliefs set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: January 30, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor:**      **KARL H. POSSIBLE**
**Chapter 13 |**     **Case No. 16-16612/SLM**
**Caption of Order:** **ORDER APPROVING THE LOAN MODIFICATION AGREEMENT BETWEEN DEBTOR AND SHELLPOINT MORTGAGE SERVICING**

This matter having being opened to the Court by Roger Chavez, attorney for Debtor, Karl H. Possible, upon the filing of the Debtors' Motion to Approve a Loan Modification Agreement entered between him and Shellpoint Mortgage Servicing; and copies of said Motion having been served upon the Office of the U.S. Trustee, the Chapter 13 Standing Trustee, CitiMortgage, Inc., Shellpoint Mortgage Servicing, and its attorneys; and upon consideration of the Certification of Debtor in Support of his Motion; and it appearing that the relief requested in the Debtors' Motion is warranted:

**IT IS ORDERED** that the loan modification agreement (as fully incorporated as Exhibit A into Debtors' Certification in Support of their Motion) between the Debtor and Shellpoint Mortgage Servicing is hereby approved.

**IT IS ORDERED** that by virtue of having all pre-petition arrears capitalized as a condition of the loan modification agreement, Shellpoint Mortgage Servicing's arrearage amount of $88,415.66 (as it appears on Proof of Claim No. 1 on this case's claims registry) shall be reduced to zero ($0.00).

**IT IS ORDERED** that Shellpoint Mortgage Servicing shall record the instrument containing the terms of the loan modification agreement with the Sussex County Clerk's Office.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**