UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Roger Chavez, Esq. (RC4040)
The National Newark Building
744 Broad Street, Suite 1600
Newark, NJ 07102
(973) 735-0530
Attorney for Debtor, KARL H. POSSIBLE

Order Filed on January 30, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

KARL H. POSSIBLE,

Debtor.

Case No.: 16-16612/SLM

Chapter 13

Objection Date: January 25, 2017

Judge: Stacey L. Meisel

## ORDER APPROVING THE LOAN MODIFICATION AGREEMENT BETWEEN DEBTOR AND SHELLPOINT MORTGAGE SERVICING

The reliefs set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: January 30, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Debtor:**         **KARL H. POSSIBLE**
**Chapter 13 |**    **Case No. 16-16612/SLM**
**Caption of Order:** **ORDER APPROVING THE LOAN MODIFICATION AGREEMENT BETWEEN DEBTOR AND SHELLPOINT MORTGAGE SERVICING**

This matter having being opened to the Court by Roger Chavez, attorney for Debtor, Karl H. Possible, upon the filing of the Debtors' Motion to Approve a Loan Modification Agreement entered between him and Shellpoint Mortgage Servicing; and copies of said Motion having been served upon the Office of the U.S. Trustee, the Chapter 13 Standing Trustee, CitiMortgage, Inc., Shellpoint Mortgage Servicing, and its attorneys; and upon consideration of the Certification of Debtor in Support of his Motion; and it appearing that the relief requested in the Debtors' Motion is warranted:

**IT IS ORDERED** that the loan modification agreement (as fully incorporated as Exhibit A into Debtors' Certification in Support of their Motion) between the Debtor and Shellpoint Mortgage Servicing is hereby approved.

**IT IS ORDERED** that by virtue of having all pre-petition arrears capitalized as a condition of the loan modification agreement, Shellpoint Mortgage Servicing's arrearage amount of $88,415.66 (as it appears on Proof of Claim No. 1 on this case's claims registry) shall be reduced to zero ($0.00).

**IT IS ORDERED** that Shellpoint Mortgage Servicing shall record the instrument containing the terms of the loan modification agreement with the Sussex County Clerk's Office.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

United States Bankruptcy Court
District of New Jersey

In re:  
Karl H. Possible  
      Debtor

Case No. 16-16612-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jan 30, 2017  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.  
db         +Karl H. Possible,   P.O. Box 502,   Landing, NJ 07850-0502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann   Greenberg    magecf@magtrustee.com  
      Roger   Chavez    on behalf of Debtor Karl H. Possible rchavez01@aol.com, rchavez@chavezlegal.com  
      TOTAL: 3