| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| ROGER CHAVEZ, ESQ. (RC4040)<br>THE NATIONAL NEWARK BUILDING<br>744 BROAD STREET, SUITE 1600<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTOR, KARL H. POSSIBLE | Order Filed on March 24, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |

In Re:

KARL H. POSSIBLE,

DEBTOR.

Case No:       16-16612

Chapter:       13

Hearing Date:  4/12/17 @ 10:30

Judge:         SLM

### CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

> Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 24, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address)  6 Brooklyn Mountain Road
   Hopatcong, NJ 07843

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  BSM Financial, L.P.
   b. Current Assignee:  CitiMortgage, Inc.
   c. Current Servicer:  United Guaranty Residential Insurance Co. of N.C.
   d. Date of Mortgage/Lien:  August 31, 2005
   e. Date of Recordation:  September 12, 2005
   f. Place of Recordation:  Sussex County Clerk's Office
      i. Mortgage Book:  7133
      ii. Page:  294
   g. Original Principal Balance of Mortgage/Lien: $ 58,600.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*