| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ROGER CHAVEZ, ESQ. (RC4040)<br>THE NATIONAL NEWARK BUILDING<br>744 BROAD STREET, SUITE 1600<br>NEWARK, NEW JERSEY 07102<br>(973) 735-0530<br>ATTORNEY FOR DEBTOR, KARL H. POSSIBLE | **Order Filed on March 24, 2017**<br>**by Clerk, U.S. Bankruptcy**<br>**Court - District of New Jersey** |
| In Re:<br><br>KARL H. POSSIBLE,<br><br>DEBTOR. | Case No:      16-16612<br><br>Chapter:         13<br><br>Hearing Date:   4/12/17 @ 10:30<br><br>Judge:           SLM |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER** (specify) _____

> Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 24, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 6 Brooklyn Mountain Road
   Hopatcong, NJ 07843

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: BSM Financial, L.P.
   b. Current Assignee: CitiMortgage, Inc.
   c. Current Servicer: United Guaranty Residential Insurance Co. of N.C.
   d. Date of Mortgage/Lien: August 31, 2005
   e. Date of Recordation: September 12, 2005
   f. Place of Recordation: Sussex County Clerk's Office
      i. Mortgage Book: 7133
      ii. Page: 294
   g. Original Principal Balance of Mortgage/Lien: $ 58,600.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-16612-SLM
Karl H. Possible                                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                Page 1 of 1              Date Rcvd: Mar 24, 2017
                                  Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db              +Karl H. Possible,   P.O. Box 502,   Landing, NJ 07850-0502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Roger   Chavez    on behalf of Debtor Karl H. Possible rchavez01@aol.com,   rchavez@chavezlegal.com
                                                                                             TOTAL: 3