Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 16−16612−SLM
                    Chapter: 13
                    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karl H. Possible
    aka Karl Henry Possible
    P.O. Box 502
    Landing, NJ 07850

Social Security No.:
    xxx−xx−5350

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:      6/7/17
Time:      10:00 AM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Roger Chavez, Esq.

COMMISSION OR FEES
$4000.00

EXPENSES

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: May 17, 2017
JAN:

                                          Jeanne Naughton
                                          Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 16-16612-SLM
Karl H. Possible                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: May 17, 2017
                              Form ID: 137             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db             +Karl H. Possible,   P.O. Box 502,   Landing, NJ 07850-0502
516105093      +Bank Of America, N.A.,    F/K/A BAC Home Loans Servicing, LP,    4909 Savarese Circle,
                 Tampa, FL 33634-2413
516105092       Bank Of America, N.A.,    F/K/A BAC Home Loans Servicing, LP,    P.O. Box 5170,   CA6-919-01-41,
                 Simi Valley, CA 93062-5170
516105090      +Bank Of America, N.A.,    A/K/A BAC Home Loans Servicing LP,    1800 Tapo Canyon,   CA6-914-01-91,
                 Simi Valley, CA 93063-6712
516105091      +Bank Of America, N.A.,    F/K/A BAC Home Loans Servicing, LP,    450 American Street,   #SV416,
                 Simi Valley, CA 93065-6285
516105096      +CitiMortgage, Inc.,    P.O. Box 9438,   Gaithersburg, MD 20898-9438
516105095      +CitiMortgage, Inc.,    P.O. Box 6243,   Sioux Falls, SD 57117-6243
516105097       CitiMortgage, Inc.,    Mail Stop 730,   1000 Technology Drive,   O’Fallon, MO 63368-2240
516276697      +Exeter Finance Corp.,    P.O. Box 167399,   Irving, TX 75016-7399
516105101      +Milstead & Associates, LLC,    1 East Stow Road,   Marlton, NJ 08053-3118
516105102      +Shellpoint Mortgage Servicing,    55 Beattie Place, Suite 500,    Greenville, SC 29601-5116
516105103      +Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC 29603-0826
516105104       Superior Court Of New Jersey,    Chancery Division, Sussex County,    43-47 High Street,
                 Newton, NJ 07860
516105105      +Superior Court Of New Jersey,    Clerk’s Office,   Foreclosures Unit,    PO Box 971,
                 Trenton, NJ 08625-0971
516105106      +Sussex County Sheriff’s Office,    Michael F. Strada, Sheriff,    Foreclosure Dept.,
                 39 High Street,   Newton, NJ 07860-1725
516166688      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,   Greenville, SC 29603-0826
516105107      +The Bank of New York Mellon,    F/K/A The Bank of New York,    225 Liberty Street,
                 New York, NY 10286-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2017 22:20:43      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2017 22:20:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 17 2017 22:23:28      Exeter Finance,
                 P.O. Box 201347,   Arlington, TX 76006-1347
516105094      +E-mail/Text: RTHOMAS@HOPATCONG.ORG May 17 2017 22:21:42      Borough of Hopatcong,
                 111 River Styx Road,    Hopatcong, NJ 07843-1599
516105098      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 17 2017 22:23:39      Exeter Finance Corp.,
                 P.O. Box 166097,   Irving, TX 75016-6097
516105100      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 17 2017 22:23:39      Exeter Finance Corp.,
                 P.O. Box 166008,   Irving, TX 75016-6008
516136453      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 17 2017 22:23:39      Exeter Finance Corp.,
                 c/o Ascension Capital Group,    P.O. Box 201347,   Arlington, TX 76006-1347
516105099      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 17 2017 22:23:28      Exeter Finance Corp.,
                 222 West Las Colinas,    Irving, TX 75039-5421
516105108      +E-mail/Text: bankruptcygroup@ugcorp.com May 17 2017 22:21:04
                 United Guaranty Insurance Company,    230 North Elm Street,   Greensboro, NC 27401-2417
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                 Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2             Date Rcvd: May 17, 2017
                              Form ID: 137               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Roger   Chavez    on behalf of Debtor Karl H. Possible rchavez01@aol.com,   rchavez@chavezlegal.com
                                                                                                 TOTAL: 3
```