UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROGER CHAVEZ, ESQ. (RC4040)
744 BROAD STREET, SUITE 1600
NEWARK, NEW JERSEY 07102
(973) 735-0530
ATTORNEY FOR DEBTOR, KARL H. POSSIBLE

**In Re:**

KARL H. POSSIBLE,

      **Debtor**

Order Filed on June 8, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  16-16612/SLM

Chapter:  13

Judge:  Stacey L. Meisel

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 8, 2017**

*Stacey L. Meisel* (signature)
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that Roger Chavez, Esquire, the applicant, is allowed a fee of $4,000.00 for services rendered and expenses in the amount of $0.00 for a total of $4,000.00. The allowance is payable:

⊠ $0.00 through the Chapter 13 plan as an administrative priority.

⊠ $4,000.00 already paid outside the plan.

The debtor's monthly plan is modified to require a payment of $ N/A per month for N/A months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Karl H. Possible  
    Debtor

Case No. 16-16612-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 08, 2017  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
db          +Karl H. Possible,    P.O. Box 502,    Landing, NJ 07850-0502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al...
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Marie-Ann Greenberg    magecf@magtrustee.com
       Roger Chavez    on behalf of Debtor Karl H. Possible rchavez01@aol.com, rchavez@chavezlegal.com
                                                                                                                 TOTAL: 3